IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ALCARO WILLOUGHBY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-3413 |
| | : | |
| v. | : | |
| | : | |
| RHAWNHURST-BUSTLETON AMBULANCE ASSOCIATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of August, 2014, the plaintiff, Carol Alcaro Willoughby, having filed a motion *in limine* (Doc. No. 54), and the defendant, Rhawnhurst-Bustleton Ambulance Association, having also filed a motion *in limine* (Doc. No. 53); and the court having heard argument on the motions during a final pretrial conference on August 18, 2014; and the court having later resolved the motions on the record; accordingly, it is hereby **ORDERED** that the Clerk of Court shall mark the motions (Doc. Nos. 53, 54) as having been resolved for the reasons set forth on the record.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.