IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ALCARO WILLOUGHBY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-3413 |
| v. | : | |
| | : | JURY TRIAL |
| RHAWNHURST-BUSTLETON AMBULANCE ASSOCIATION, | : | |
| Defendant. | : | |

## CIVIL JUDGMENT

BEFORE THE HONORABLE EDWARD G. SMITH

**AND NOW**, this 27th day of August, 2014, in accordance with the jurors' answers to the Court's interrogatories,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of Defendant Rhawnhurst-Bustleton Ambulance Association and against Plaintiff Carol Alcaro Willoughby.

BY THE COURT

ATTEST:

*[signature]*

Jaime Kulick, Deputy Clerk to
Judge Edward G. Smith